IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRUCE EAVES | § | |
| v. | § | CIVIL ACTION NO. 9:10CV20 |
| THE STATE OF TEXAS, *et al.* | § | |
| | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #37) recommends that this case be administratively closed. The Report and Recommendation was received by Plaintiff on February 14, 2012. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that this case is hereby **ADMINISTRATIVELY CLOSED**. The case may be placed back on the active docket upon written notice from Plaintiff that he is ready to proceed with a hearing.

So **ORDERED** and **SIGNED** this **7** day of **March, 2012.**

_____
Ron Clark, United States District Judge